UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA CARPENTER,

    Plaintiff,

v.

                      Case No. 23-cv-12259
                      Hon. Matthew F. Leitman

ANN ARBOR PUBLIC SCHOOLS,

    Defendant.

_____/

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 9)

In this action, Plaintiff Melissa Carpenter brings claims against Defendant Ann Arbor Public Schools for violations of the Age Discrimination in Employment Act, 29 U.S.C. § 623(a) (the "ADEA") and Michigan's Elliott-Larson Civil Rights Act, Mich. Comp. Laws § 37.2202(1)(a) (the "ELCRA"). (*See* Compl., ECF No. 1.) On June 4, 2025, the Court held a hearing on Defendant's Motion for Summary Judgment (ECF No. 9). For the reasons explained on the record during the hearing, the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

- The motion is **DENIED** to the extent it seeks summary judgment on Plaintiff's claims that Defendant discriminated against her on the basis of her age in violation of the ADEA and the ELCRA (Counts I and V of the Complaint) in determining her job assignments.

1

- The motion is **GRANTED** in all other respects.  Specifically, the motion is **GRANTED** to the extent it seeks summary judgment on Plaintiff's claims that Defendant subjected her to a hostile work environment on the basis of her age in violation of the ADEA and the ELCRA (Counts II and VI of the Complaint), that Defendant unlawfully failed to hire her based upon her age in violation of the ADEA and the ELCRA (Counts III and VII of the Complaint), and that Defendant retaliated against her in violation of the ADEA and the ELCRA (Counts IV and VIII of the Complaint).

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  June 4, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 4, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126